# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 22-0032V

| | |
|---|---|
| CHINA CICARELLI, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: October 17, 2023 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Jessica Ann Wallace, Siri & Glimstad LLP, Aventura, FL,* for Petitioner.

*Zoe Wade, U.S. Department of Justice, Washington, DC,* for Respondent.

## DECISION ON DAMAGES[1]

On January 10, 2022, China Cicarelli filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") following receipt of an influenza ("flu") vaccine on March 2, 2021. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 3, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On October 17, 2023, Respondent filed a proffer on award of compensation ("Proffer"). Respondent represented that Petitioner agrees with the proffered award. *Id.* at 1 – 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

**Pursuant to the terms stated in the attached Proffer, I award the following:**

**A. A lump sum payment of $95,250.00 (representing $95,000.00 for pain and suffering, and $250.00 for past unreimbursable expenses) in the form of a check payable to Petitioner.**

**B. A lump sum payment of $577.96, representing compensation for satisfaction of an Optum Medicaid lien, in the form of a check payable jointly to Petitioner and:**

> **Optum**
> **P.O. Box 182643**
> **Columbus, OH 43218**
> **Event ID: 113759413**
> **Tax ID: 41-1858498**

**Petitioner agrees to endorse this check to Optum.**

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| CHINA CICARELLI,<br><br>              Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>              Respondent. | No. 22-32V<br>Chief Special Master Corcoran<br>ECF |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On January 10, 2022, China Cicarelli ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered a Table shoulder injury related to vaccine administration ("SIRVA"), as the result of an influenza ("flu") vaccination she received on March 2, 2021. Petition at 1. On June 30, 2023, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA Table injury, and on July 3, 2023, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 24; ECF No. 25.

**I.**     **Items of Compensation**

    A.     Pain and Suffering

Respondent proffers that petitioner should be awarded $90,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

1

B.   Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $250.00. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

C.   Optum Medicaid Lien

Respondent proffers that China Cicarelli should be awarded funds to satisfy an Optum Medicaid Lien in the amount of $577.96, which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action may have against any individual as a result of any Medicaid payments that Optum has made to or on behalf of China Cicarelli from the date of her eligibility for benefits through the date of judgment in this case as a result of her vaccine-related injury suffered on or about March 2, 2021, under Title XIX of the Social Security Act.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

II.   **Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through lump sum payments as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]:

A.   A lump sum payment of $95,250.00, in the form of a check payable to petitioner.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future, unreimbursed expenses, future lost earnings and future pain and suffering.

    B.  A lump payment of $577.96, representing compensation for satisfaction of an Optum

Medicaid lien, payable jointly to petitioner and

Optum
P.O. Box 182643
Columbus OH, 43218
Event ID: 113759413
Tax ID: 41-1858498

Petitioner agrees to endorse this check to Optum.

**III.**    <u>**Summary of Recommended Payments Following Judgment**</u>

    A.  Lump sum payable to petitioner, China Cicarelli.    **$95,250.00**

    B.  Medicaid lien    **$577.96**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

CHRISTINE M. BECER
Trial Attorney
Torts Branch, Civil Division

<u>/s/ *Zoë R. Wade*</u>
ZOË R. WADE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Ben Franklin Station
Washington, DC 20044-0146
Tel.: (202) 598-7696
zoe.wade@usdoj.gov

Date:  October 17, 2023

3